Cynthia P. Smith, State Bar No. 197059
Coombs & Dunlap, LLP
1312 Oak Avenue
St. Helena, California  94574
Telephone:  (707) 963-5202
Facsimile:  (707) 963-4517

Attorneys for
Regina Piccolo Pizante

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>REGINA PICCOLO PIZANTE; JOHN PICCOLO; BONNIE VIRGINIA CASTLEMAN; JOELLA MARIE BAKER; JOSEPH PICCOLO, JR.,<br><br>Defendants. | No. 2:11-CV-01870-GEB-EFB<br><br>**STIPULATION OF  [AND PROPOSED ORDER FOR] EXTENSION OF TIME FOR DEFENDANT REGINA PICCOLO PIZANTE TO FILE HER RESPONSIVE PLEADING(S)** |

WHEREAS, defendant Regina Pizante and plaintiff are attempting to reach an early resolution of their dispute;

WHEREAS, defendant Regina Pizante and plaintiff previously stipulated to one 28 extension of time for Ms. Pizante to file her responsive pleadings;

WHEREAS, the remaining defendants have yet to be served with Summons in this matter.

WHEREAS, the Status Conference is on calendar for December 12, 2011.

THEREFORE, plaintiff Scott N. Johnson and defendant Regina Piccolo Pizante stipulate as follows:

The deadline for defendant Regina Piccolo Pizante to file her responsive pleading(s) to plaintiff's Complaint is extended 28 days from October 14, 2011 to November 11, 2011.

IT IS SO STIPULATED:

           SCOTT N. JOHNSON

           /s/ Scott N. Johnson

Date:  October 12, 2011    _____
           Scott N. Johnson, Plaintiff

           COOMBS & DUNLAP, LLP

           /s/ Cynthia P. Smith

Date:  October 12, 2011    _____
           Cynthia P. Smith, Esq.
           Attorneys for defendant Regina Piccolo Pizante

IT IS SO ORDERED:

October 14, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

PAGE 2 OF 2
Nelson v. Pizante, et al    STIPULATION [AND PROPOSED ORDER]
NO. 2:11-CV-01870-GEB-EFB    TO EXTEND TIME